# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | *<br>*<br>* |
| V. | *   CRIMINAL NO. 98-055 (PG)<br>* |
| WALESKA JIMENEZ RAMOS,<br>Defendant.<br>_____ | *<br>*<br>* |

## MOTION REQUESTING EARLY TERMINATION
## OF SUPERVISED RELEASE TERM

TO THE HONORABLE JUAN PEREZ GIMENEZ
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.

COMES NOW defendant Waleska Jiménez Ramos through the undersigned counsel and respectfully alleges and prays as follows:

1. Defendant Waleska Jiménez Ramos was sentenced by this Honorable Court to serve forty-one (41) months imprisonment on October 23, 1998. After release from imprisonment she was sentenced to serve five (5) years in supervised release.

2. Ms. Jiménez, who had been in custody since March 1, 1998, participated in the shock incarceration program of the bureau of prisons and successfully completed the program on March 1, 2000. She was released on February 28, 2001.

**United States of America v.**  **Criminal No. 98-055 (PG)**
**Waleska Jimenez Ramos**  **Page 2**

3.  Ms. Jimenez has been in supervised release for the past four (4) years, and has complied with all the conditions of her release.

4.  She is currently a housewife, in a single parent household, taking care of her two children: Crystal, 12 years old, and Raul, 7 years old.

5.  Ms. Jimenez has complied with all the conditions after her release, has never been reprimanded by the Probation Officer, nor has been censured for any conduct. Full disclosure of her life and activities to the Probation Officer who has her supervision has characterized their relationship.

6.  Ms. Jimenez deserves to be released from her obligations as a reward for her compliance with her conditions.

WHEREFORE it is respectfully requested that this Honorable Court order the early termination of the supervised release term imposed on Ms. Jimenez.

In San Juan, Puerto Rico this 8th day of March, 2005.

*s/Laura Maldonado Rodriguez*
LAURA MALDONADO RODRÍGUEZ
USDC-PR 205701
lmr7771@aol.com

| | |
|---|---|
| **United States of America v.** | **Criminal No. 98-055 (PG)** |
| **Waleska Jimenez Ramos** | **Page 3** |

## CERTIFICATE OF SERVICE

On March 8, 2005, copy of this MOTION was filed through the electronic filing system. Counsel certifies the United States Attorney for the District of Puerto Rico, H.S. Garcia with office at Torre Chardon, Suite 1201, 350 Carlos Chardon Ave., Hato Rey, Puerto Rico, 00918, is the attorney designated to receive copy of all filings in the case.

In San Juan, Puerto Rico, this 8th day of March, 2005.

> *s/Laura Maldonado Rodriguez*
> LAURA MALDONADO RODRÍGUEZ
> USDC-PR 205701
> lmr7771@aol.com
> P.O. BOX 11533
> SAN JUAN, P.R. 00922-1533
> TEL. (787) 281-8606